Andrew C. Brassey (ISB No. 2128)
Christopher P. Graham (ISB No. 6174)
BRASSEY, WETHERELL, CRAWFORD & GARRETT
203 W. Main Street
P.O. Box 1009
Boise, Idaho 83701-1009
Telephone: (208) 344-7300
Facsimile: (208) 344-7077

Attorneys for Defendants Thomas Beauclair, Sharon Lamm, and Ofelia Alvarado

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LESLIE PETER BOWCUT, #68175,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO STATE BOARD OF CORRECTION, THOMAS BEAUCLAIR, SHARON LAMM, OFELIA ALVARADO, and PRISCILLA MILES,<br><br>Defendants. | Case No. CV06-208-S-LMB<br><br>**ANSWER AND DEMAND FOR JURY TRIAL** |

COME NOW Defendants Thomas Beauclair, Sharon Lamm, and Ofelia Alvarado, by and through their counsel of record, Brassey, Wetherell, Crawford & Garrett, (attached hereto is a copy of the undersigned's appointment as Special Deputy Attorney General for the purpose of representation in this matter), and answer Plaintiff's Prison Civil Rights Complaint ("Complaint") on file herein as follows:

ANSWER AND DEMAND FOR JURY TRIAL - 1

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against these answering Defendants upon which relief may be granted.

## SECOND DEFENSE

These answering Defendants deny each and every allegation contained in Plaintiff's Complaint not herein expressly and specifically admitted.

### I.

These answering Defendants admit that they are residents of the State of Idaho. These answering Defendants further admit that they were, at all times relevant, employees of the State of Idaho.

## THIRD DEFENSE

Plaintiff has failed to mitigate damages, if any. By asserting this defense, these answering Defendants do not admit that Plaintiff has been damaged.

## FOURTH DEFENSE

Plaintiff has waived or is estopped from asserting the causes of action set forth in his Complaint.

## FIFTH DEFENSE

The damages and injuries sustained by Plaintiff, if any, were proximately caused by the negligence or fault of parties, persons, or entities other than these answering Defendants whom Defendants do not control and over whom Defendants had no control. By asserting this defense, these answering Defendants do not admit that Plaintiff has been damaged.

## SIXTH DEFENSE

The injuries and damages sustained by Plaintiff, if any, were proximately caused by the intervening, superseding negligence of third parties who are not parties to this suit. By asserting this defense, these answering Defendants do not admit that Plaintiff has been damaged.

## SEVENTH DEFENSE

Plaintiff's claims for damages, if any, are limited by Idaho Code §§ 6-1603 and 6-1606.

## EIGHTH DEFENSE

There exists no causation or proximate causation between any alleged act or alleged breach of duty by these answering Defendants and Plaintiff's alleged damages, and Plaintiff's alleged injuries and damages, if any, were proximately caused by the negligence or fault of persons or entities other than these answering Defendants. In asserting this defense, these answering Defendants do not admit fault.

## NINTH DEFENSE

Plaintiff is not the real party in interest as concerns all or a portion of his claims.

## TENTH DEFENSE

Plaintiff was guilty of negligent misconduct at the time of and in connection with the matters and damages alleged, which misconduct proximately caused and contributed to said events and resultant damages, if any. By asserting this defense, these answering Defendants do not admit that Plaintiff has been damaged.

## ELEVENTH DEFENSE

Plaintiff failed to meet the notice requirements of Title 6, Chapter 9, Idaho Code and the damages alleged in his Complaint and the causes of action against these answering Defendants are therefore barred by Title 6, Chapter 9, Idaho Code.

## TWELFTH DEFENSE

Without admitting any fault, these answering Defendants allege that the damages prayed for in Plaintiff's Complaint and the causes of action alleged him arise out of and stem from activities for which these answering Defendants are immune from liability by virtue of Title 6, Chapter 9, Idaho Code, and therefore Plaintiff's causes of action and the damages alleged are barred by virtue of Title 6, Chapter 9, Idaho Code.

## THIRTEENTH DEFENSE

Plaintiffs causes of action violate the Eleventh Amendment of the United States Constitution.

## FOURTEENTH DEFENSE

Plaintiff has failed to exhaust all of his administrative remedies before bringing this action in the District Court.

## FIFTEENTH DEFENSE

Plaintiff has no liberty interest in the alleged causes of action.

## SIXTEENTH DEFENSE

Plaintiff has no property interest in the alleged causes of action.

## SEVENTEENTH DEFENSE

The alleged conduct of these answering Defendants were a governmental function, not a proprietary function.

## EIGHTEENTH DEFENSE

Discovery is ongoing in this matter, and because of such ongoing discovery, these answering Defendants respectfully reserve the right to amend and/or supplement this Answer and Demand for Jury Trial as may be necessary.

WHEREFORE, Defendants pray for judgment against Plaintiff as follows:

1. That Plaintiff take nothing by his Complaint;

2. That Plaintiff's Complaint in this matter be dismissed with prejudice;

3. That Defendants be awarded costs expended in this matter;

4. That Defendants be awarded attorney fees pursuant to the Federal Rules of Civil Procedure, and the statutes of the State of Idaho including Idaho Code §12-120, §12-121, and § 6-918A.

5. For such other and further relief as the court may deem just.

## DEMAND FOR JURY TRIAL

The Defendants demand a trial by jury on all issues, claims and defenses so triable, pursuant to the Constitutions and laws of the United States and the State of Idaho.

DATED this 21st day of August, 2006.

BRASSEY, WETHERELL, CRAWFORD & GARRETT

By_____
Andrew C. Brassey, Of the Firm
Attorneys for Defendants Thomas Beauclair, Sharon Lamm, and Ofelia Alvarado

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2006, I served a true and correct copy of the foregoing ANSWER AND DEMAND FOR JURY TRIAL upon each of the following individuals by causing the same to be delivered by the method and to the addresses indicated below:

Leslie Peter Bowcut #6817500
2637 FM 261
Spur, Texas 79370

✓ U.S. Mail, postage prepaid
___ Hand-Delivered
___ Overnight Mail
___ Facsimile

_____
Andrew C. Brassey

ANSWER AND DEMAND FOR JURY TRIAL - 6