LESLIE PETER BOWCUT  (#68175)
ISCI Unit 13 B30 b
P.O. Box 14
Boise, Idaho 83707

Plaintiff,

U.S. COURTS

07 DEC 31  AM 1: 21

REC'D
CAMERON S. BURKE
CLERK              IDAHO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

LESLIE PETER BOWCUT #68175 )
                               )
           Plaintiff    )
                               )
                               )
vs.                        )
                               )
Idaho State Board of Corrections,  )
Thomas Beauclaire, Sharon Lamm, )
Ofelia Alvardo,              )
           Defendants.  )
_____)

Case No.  CV-06-208-S-BLW

**PLAINTIFF'S FIRST SET OF
INTERROGATORIES TO DEFENDANT**

## TO:   DEFENDANTS THOMAS BEAUCLAIR, SHARON LAMM, AND OFELIA ALVORADO:

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Leslie

Peter Bowcut hereby propound the following First Set of Interrogatories to the Defendants.

### INSTRUCTIONS

Pursuant to Rule 33 of Federal Rules of Civil Procedure, you are directed to answer

the Interrogatories set forth below and serve your answers within (30)days of the date of

these requests.

These Interrogatories are continuing and your answers to them must be supplemented to the

maximum extent  authorized by law and applicable rules.

1

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please list and identify all exhibits that you intend or expect to introduce into evidence at the trial in the above-entitled matter and state the name and address of the person presently having possession of said exhibits.

**INTERROGATORY NO. 2:** Have you engaged or contacted any experts for consultation or assistance who are expected to testify at the trial of this case? If so, please state (a) the experts name, address, and telephone number; (b) the experts field of specialization, special training or skills; (d) the substance of the experts testimony; and (e) all facts, data, knowledge, or information relied upon by the expert in the forming of opinions or testimony.

**INTERROGATORY NO. 3:** Have the defendants or anyone acting on their behalf obtained Complaints, statements or concerns of any kind, whether written, recorded, by telephone, e-mail, oral or otherwise, from any inmate or other person regarding the maltreatment of Idaho prisoners housed in facilities referred to in this complaint? If so, please state for each, the persons name, address, occupation, the substance of the complaint, concern or statement, the type of statement that was received (whether written, concern form, e-mail etc.), the name and address of the present custodian of each such statement, and the date on which the statement was made.

**INTERROGATORY NO. 4:** Have the defendants , or anyone acting on their behalf, any personal knowledge of any GEO Group staff members who were subjected to disciplinary action because of incidents involving Idaho prisoners during the months of March 2006 through April 2007? If so, please state separately for each person the name, occupation, and address of each person, the type of disciplinary action taken, the reason for such action, and the names of Idaho inmates involved.

**INTERROGATORY NO. 5:** What was the criteria used to select Idaho inmates who were

taken out-of-state, and did that criteria specifically screen for inmates who had mental health or emotional disorders?

**INTERROGATORY NO. 6** Did the defendants or anyone acting on their behalf become aware of any incidents of Idaho inmates becoming diagnosed or treated for new mental or emotional problems while being housed in the facilities indicated in the complaint? If so, please state separately for each inmate the reason for treatment, diagnosis, treatment provided and whether the inmate had any prior history of similar condition. (Note, due to prisoner privacy laws, please provide statistics not personal information.)

**INTERROGATORY NO. 7** Did the defendant or anyone acting on their behalf visit or inspect either facility listed in the complaint before, during or after the Idaho inmate transfer? If so, please state their name, occupation, date of visit and purpose for visit.

**INTERROGATORY NO. 8** Have the defendants or anyone acting on their behalf received any communications whether written or oral, from any prisoner advocacy or civil rights groups (ACLU), expressing concerns about the conditions Idaho prisoners were experiencing in Texas? If so, please state for each the name, address and concerns of each organization and include any recommendations that they made.

**INTERROGATORY NO. 9** Had the defendants or anyone acting on their behalf attended any meetings concerning the maltreatment of Idaho prisoners in Texas? If so, please state for each defendant applicable, the date of each meeting, persons in attendance, the substance of the concerns addressed and recommendations received from other parties.

**INTERROGATORY NO. 10** Had the defendants, or anyone acting on their behalf, any involvement in the selection process of the GEO Group Inc. as the private prison facilitator for Idaho prisoners? If so, please state the defendants name or the persons acting on their

3

behalf.

**INTERROGATORY NO. 11**  Had the defendants, or any one acting on their behalf, any involvement in the "agreement between Idaho, GEO and Texas"?  If so, please state the persons name, their involvement (no matter how slight), their occupation and current address.

**INTERROGATORY NO. 12**  Had the defendants, or anyone acting on their behalf, any involvement in the selection process of the Newton or Dickens County Correctional Centers?  If so, please state for each person, the name, occupation, involvement (however slight), dates of any visits to said facilities, and current employment.

**INTERROGATORY N0. 13**  Had the defendants, or anyone acting on their behalf, received any communications from GEO Group staff concerning prisoners demonstrating or expressing concerns or incidents related to their treatment at either facility?  If so, please state for each communication or incident the date, the nature and substance of communication, the GEO staff members name and the person who was contacted.

**INTERROGATORY NO. 14**  Have any of the defendants changed employment status (demotion, reassignment, transfer, resignation, termination, etc.) as a result of incidents related to the transfer of Idaho prisoners to Texas?  If so, please state the name, position prior to transfer of Idaho inmates, new position (and employer if no longer employed by IDOC) and their address.

DATED this _28_ day of _December_ , 2007.

_Leslie Peter Bowcut_
Leslie Peter Bowcut #68175

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __28__ day of __December__, 2007, I

served a true and correct copy of the foregoing PLAINTIFF'S FIRST SET OF

INTERROGATORIES TO DEFENDANTS upon each of the following

individuals by causing the same to be delivered by U.S. mail system to the

address listed below:

> Andrew C. Brassey
> BRASSEY, WETHERELL, CRAWFORD & GARRETT
> 203 W. Main St.
> P.O.. Box 1009
> Boise, ID  83701-1009

Leslie Peter Bowcut #68175